AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.
Braiden Williams

Case No. 23-mj-

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

Braiden Williams

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2) (cyberstalking)

Date: 05/17/2023

/s/ Lynne A. Sitarski

City and state: Philadelphia, Pennsylvania

The Hon. Lynne A. Sitarski, U.S. Magistrate Judge

### Return

This warrant was received on 5/18/23, and the person was arrested on 5/17/23 at San Francisco, CA

Date: 5/18/23

Audrey Heylmann, Special Agent