AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Anthony Carissimi)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>Braiden Williams<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 23-mj- |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Braiden Williams,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2261A(2) (cyberstalking)

Date: 05/17/2023

/s/ Lynne A. Sitarksi
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

The Hon. Lynne A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/18/23, and the person was arrested on *(date)* 5/17/23
at *(city and state)* San Francisco, CA.

Date: 5/18/23

*Arresting officer's signature*

Audrey Heylmann, Special Agent
*Printed name and title*